UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY ANN HAIGHT,<br>      Plaintiff,<br>vs.<br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>      Defendant. | ) Case No. 8:20-cv-02124-JDE<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

    The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (Dkt. 21, "Stipulation to Remand"),

    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: January 11, 2022

_____
JOHN D. EARLY
United States Magistrate Judge